**Order entered January 8, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01024-CR
No. 05-14-01025-CR
No. 05-14-01026-CR
No. 05-14-01027-CR

**WILLIAM TREMAINE PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-71245-M, F14-45181-M, F14-45182-M, F14-45183-M**

## ORDER

The State's January 5, 2015 motion to accept the State's previously-tendered brief in cause no. 05-14-01024-CR is **GRANTED**. The State's brief received by the Clerk of the Court on December 23, 2014 is **DEEMED** timely filed on the date of this order.

/s/    LANA MYERS
        JUSTICE